AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Prepworks Holdings, LLC, a Florida limited liability company,<br>*Plaintiff(s),*<br>v.<br>Farrell Ink, LLC, an Ohio limited liability company,<br>*Defendant(s).* | Civil Action No.<br>**12-CV-23950-Ungaro/Torres** |

## SUMMONS IN A CIVIL ACTION

TO:  Farrell Ink, LLC
℅ Meagen F. Howe
1425 East 82nd Street
Cleveland, OH, 44103

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a) (2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William R. Trueba, Jr.
Michael E. Tschupp
Espinosa | Trueba PL
1428 Brickell Avenue, Suite 100
Miami, FL  33131
Tel:  305-854-0900

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  **October 31, 2012**



Steven M. Larimore
Clerk of Court

**SUMMONS**

S/ Yvette Alexander
Deputy Clerk
U.S. District Courts