UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CV-23950-UNGARO

Prepworks Holdings, LLC,
a Florida Limited Liability Company,

      Plaintiff,

v.

Farrell Ink, LLC, an Ohio limited liability
company,

      Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND
REQUEST FOR ENTRY OF ORDER DISMISSING THE CASE WITH PREJUDICE
AND RETAINING JURISDICTION FOR THE LIMITED PURPOSE OF ENFORCING
THE TERMS OF SETTLEMENT**

    Plaintiff, PrepWorks Holdings, LLC, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives the Court notice that it has reached a settlement with Defendant, Farrell Ink, LLC, and requests that the Court enter an Order dismissing the case with prejudice, retaining jurisdiction for the limited purpose of enforcing the terms of the settlement agreement, with each party to bear its own attorney's fees and costs. Plaintiff provides a draft, proposed order for the purpose of the dismissal of the case.

Dated:   January 22, 2013          Respectfully Submitted,

                                    By: s/William R. Trueba, Jr.
                                        William R. Trueba, Jr.
                                        wtrueba@etlaw.com
                                        Florida Bar No. 117544
                                        ESPINOSA | TRUEBA, PL
                                        1428 Brickell Ave., Suite 100
                                        Miami, FL 33131
                                        Tel:   (305) 854-0900
                                        Fax:   (855) 854-0900 (toll free)
                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission if Notices Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By:  s/ William R. Trueba, Jr.
William R. Trueba, Jr.

## SERVICE LIST
*PrepWorks Holdings, Inc. v. Farrell Ink, LLC*
**CASE NO. 23950-CIV-UNGARO**

William R. Trueba, Jr., Esq.
wtrueba@etlaw.com
ESPINOSA | TRUEBA, PL
1428 Brickell Ave., Suite 100
Miami, FL 33131
Tel:     (305) 854-0900
Fax:    (855) 854-0900 (toll free)
*Attorneys for Plaintiff via CM/ECF*


David Tamaroff, Esq.
david@tamarofflaw.com
169 E Flagler St Ste 1633
Miami, Florida 331311211
Tel:     (305) 350-7440
Fax:    (305) 350-7441
*Attorneys for Defendant via email (has not made appearance in the case)*