UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CV-23950-UNGARO

Prepworks Holdings, LLC,
a Florida Limited Liability Company,

    Plaintiff,

v.

Farrell Ink, LLC, an Ohio limited liability
company,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Plaintiff's "Notice of Settlement And Request For Entry Of Order Dismissing The Case With Prejudice And Retaining Jurisdiction For The Limited Purpose Of Enforcing The Terms Of Settlement." Upon consideration of the Plaintiff's Notice and the entire record in this action, it is hereby

ORDERED AND ADJUDGED as follows:

1. This action is hereby dismissed with prejudice.

2. Each Party shall be responsible for and bear its own attorneys' fees and costs incurred in connection with this action.

3. The Court will retain jurisdiction for the limited purpose of enforcing the terms of the Settlement Agreement between the parties.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida, this 25 day of January, 2013.

                                                  URSULA UNGARO
                                                  UNITED STATES DISTRICT JUDGE